AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

FILED April 21, 2015
(Date)
NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (init'ls) AMK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| SHAWN P. CALDWELL | ) | Case No. 3:15mj55/CJK |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 2/13/14 - 4/21/15   in the county of   Escambia   in the Northern District of Florida,
the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252 and 2252A | Unlawfully receiving, distributing, and/or possessing child pornography using any means or facility of interstate or foreign commerce or affecting interstate or foreign commerce by any means. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Angela E. Martin, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

*Judge's signature*

Date: Apr 21, 2015

City and state:  Pensacola, Florida

Miles Davis, United States Magistrate Judge
*Printed name and title*