## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angela E. Martin, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), currently assigned to the Pensacola, Florida, Resident Agency, Jacksonville Division, and have been employed by the FBI since July 13, 2014.  Prior to being hired as a FBI Special Agent, I was an instructor in the Biological/Chemical Division at the U.S. Naval School Explosive Ordnance Disposal from March 2011, to November 2013.  Previous to that, I served in the United States Army as an Explosive Ordnance Technician from January 2007, to April 2011.  As a Special Agent of the FBI, I am authorized to investigate violations of laws of the United States and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States.

2.      This investigation relates to an internet user and/or users of a publicly available peer-to-peer (P2P) file sharing network known as Gnutella.  Gnutella is a program which is free to download and is used for the exchange of files between computer users.

3.      Detective Chris Wilkinson began an undercover operation to identify persons using Gnutella P2P network on the internet to traffic and/or to distribute images of child pornography in the Northern District of Florida.  He confirmed through the use of Internet Crimes Against Children (ICAC) software, that the computer utilizing IP address 172.13.148.102 was found to be repeatedly in possession of confirmed or notable images of child pornography between February 2014 and January 2015.  Utilizing ICAC software, Detective Wilkinson was able to view a list of 76 confirmed or notable images of child pornography available for

download from a computer using the IP address 172.13.148.102. All 76 files were titled in a manner that suggested the content included sexual abuse or sex acts of some form with children. The following five titles are a sample of the files found:

- .(pthc) 7yo crystal pleasuring her pretty child cunt! masturbation,preteen pedo lolita r@ygold.mpg
- Pthc 7yo girl deepthrotes 8inch cock.avi
- !!!New!!! (Pthc) stephy_2 (cute 12yo bj) - sound.avi
- (PTHC) Mandy (10Yo) - Incesto Verdadeiro.mpg
- [pthc] 10yo Beauty Preteen Blowjob-Anal-Cumshot With Daddy 2011 NEW.mpg

4.      For each of the 76 confirmed or notable images of child pornography, the unique SHA-1 value was listed. These SHA-1 values corresponded to an image contained on the list of those known to be child pornography and catalogued by the National Center for Missing and Exploited Children (NCMEC) and/or the Wyoming Internet Crimes Against Children Task Force. Detective Wilkinson selected three of the five SHA-1 files listed above and confirmed their exact match to the ICAC SHA-1 library. In addition, Detective Wilkinson viewed the three files and the below summaries are based upon that review:

1. **SHA-1 value:** 5F76LUVZGK4UGUXHXKQBBT66KQKST6OI

**Date:** 2/18/2014 9:19:05 a.m.

**Title:** "(pthc) 7yo crystal pleasuring her pretty child cunt! masturbation, preteen pedo lolita r@ygold.mpg"

**Description:** This video depicts a female who appears to be approximately eleven years of age sitting at a table with her clothes on. The child is drinking from a cup and reading a newspaper. The child then gets up and walks into a bedroom and undresses completely. The child then lies on the bed and masturbates by digitally penetrating herself. The camera zooms into the area of the child's vagina several times during this activity. This video is approximately three minutes and forty-seven seconds long.

2. **SHA-1 value:** GVEKDROLERL6B2CLF6HWU5AIMVOAMVLG

**Date:** 2/18/2014 9:15:33 a.m.

**Title:** "Pthc 7yo girl deepthrotes 8inch cock.avi"

**Description:** This color movie that is approximately 40 seconds long. The movie depicts what appears to be a female child approximately 8 years of age lying naked on her stomach with her naked buttocks in view. The child is performing oral sex on an adult male. The child does not appear to have pubescent sexual characteristics.

**3. SHA-1 value:** YYLCHTOHJM6FFOXB35X22MNIIKA5GW7A

**Date:** 1/21/2015 12:01:19 a.m.

**Title:** "[pthc] 10yo Beauty Preteen Blowjob-Anal-Cumshot With Daddy 2011 NEW.mpg"

**Description:** This color video depicts what appears to be a female child approximately the age of seven lying on an adult males stomach. The child's vulva and vagina are in clear view and the male can be seen masturbating with his left hand while manipulating the child's vulva with his right hand. The movie then switches scenes and shows a male performing oral sex with the same child. Another scene shows the child lying on her back with the adult male manipulating the child's vagina with his hand. The next scene shows the same male penetrating the child's anus with his penis.

5.     An internet database search on the origin of the IP address 172.13.148.102 uncovered that the IP address is owned and issued by AT&T UVerse. On February 13, 2015, a subpoena was served to AT&T Internet Services requesting the identification of the subscriber assigned the IP address 172.13.148.102 for the time period of February 13, 2014, through February 19, 2014, and January 16, 2015, through January 22, 2015.

6.     On March 19, 2015, the FBI received information from AT&T Internet services that on the days mentioned above, IP address 172.13.148.102 was assigned to a customer J. Dickson, located at ▮▮▮▮▮▮▮▮ Pensacola, Florida, 32507, and that the account was active. Thereafter, I received information from Emerald Coast Utilities Authority (ECUA) that revealed Juanita Dickson and Brenda Caldwell were the listed customers for the utilities at ▮▮▮▮▮▮▮▮ Pensacola, Florida, 32507. Law enforcement databases revealed that Juanita Dickson died in 2010, and was the mother of Brenda Caldwell. I conducted surveillance of ▮▮▮▮▮▮▮▮

3

Pensacola, Florida, on multiple occasions, including as recently as April 10, 2015. Present at the residence was a green Ford passenger vehicle, bearing Florida plate [       ], parked in the driveway. Driver and Vehicle Information Database (DAVID) records indicate that this vehicle is registered to Brenda Caldwell.

7.  I conducted checks in DAVID and determined that **Shawn Patrick CALDWELL** listed [       ] Pensacola, Florida, 32507, as his place of residence. A search of **Shawn Patrick CALDWELL'S** criminal record revealed a conviction for indecent contact with a child, and he is listed as a Sexual Offender with the Florida Department of Law Enforcement.

8.  On April 14, 2015, a search warrant was issued by United States Magistrate Judge Charles Kahn, Jr. to search the premises of [       ] Pensacola, Florida, 32507. On April 21, 2015, the search warrant was executed, and I discovered Brenda Caldwell, Shane Caldwell, and **Shawn Patrick CALDWELL** living at the residence. The agents interviewed Brenda Caldwell, Shane Caldwell, and **Shawn Patrick CALDWELL**.    During the interviews, Brenda Caldwell and Shane Caldwell denied viewing or receiving child pornography. Post *Miranda*, **Shawn Patrick CALDWELL** admitted to downloading and viewing child pornography for many years. Furthermore, **Shawn Patrick CALDWELL** told agents that he had child pornography stored on his Acer computer, cellular phone, and external hard drive. During the search, agents conducted a quick scan of the Acer computer and found approximately 25 images and videos of child pornography.

9.  Based on the foregoing information, there is probable cause to believe that **Shawn Patrick CALDWELL** received, possessed, and distributed, using any means or facility of

4

interstate commerce, or in or affecting interstate commerce, visual depictions of minors engaging

in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A.


Angela E. Martin
Special Agent, FBI


Subscribed and sworn to before me
On April 21 st , 2015.


Miles Davis
United States Magistrate Judge

5